■ In the Matter of ROBERT MARRERO, Appellant, v BOARD

OF ELECTIONS IN THE CITY OF NEW YORK, Respondent, and CARMEN J. VILLA et al., Respondents-Respondents. (And Another Proceeding.)—Judgment, Supreme Court, Bronx County (Joseph DiFede, J.), entered on August 19, 1985, unanimously affirmed, without costs and without disbursements. Concur—Carro, J. P., Bloom, Fein, Rosenberger and Ellerin, JJ.